UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOONIS AHMED, | CASE NO. C25-2718JLR |
| Petitioner, | ORDER |
| v. | |
| PAMELA BONDI, et al., | |
| Respondents. | |

Before the court is Petitioner Yoonis Ahmed's application to proceed *in forma pauperis* ("IFP") in this 28 U.S.C. § 2241 habeas action. (IFP App. (Dkt. # 1).) Mr. Ahmed demonstrates that he is unable to afford the $5.00 filing fee. (*Id.*) Accordingly, the court GRANTS his application to proceed IFP. (Dkt. # 1).

//

//

//

//

ORDER - 1

1   The Clerk is directed to file Mr. Ahmed's habeas petition without the prepayment
2   of fees and to send him a copy of this order.

    Dated this 30th day of December, 2025.

                                        _____
                                        JAMES L. ROBART
                                        United States District Judge

ORDER - 2