UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOONIS AHMED,<br><br>　　　　　Petitioner,<br>　　v.<br><br>PAMELA BONDI, et al.,<br><br>　　　　　Respondents. | CASE NO. C25-2718JLR<br><br>ORDER |

Before the court is Petitioner Yoonis Ahmed's motion to appoint the Office of the Federal Public Defender for the Western District of Washington to represent him with respect to his 28 U.S.C. § 2241 petition for writ of habeas corpus.  (Mot. (Dkt. # 2).)  Mr. Ahmed seeks release from immigration detention because removal to Somalia, his former country of residence, is not reasonably foreseeable. (*See* Prop. Petition (Dkt. # 1-1) at 3.)

//

//

//

ORDER - 1

1  Being fully advised, the court GRANTS Mr. Ahmed's motion (Dkt. # 2) and
2  appoints the Office of the Federal Public Defendant for the Western District of
3  Washington as his counsel in this matter.
4
5  Dated this 30th day of December, 2025.
6
7  JAMES L. ROBART
   United States District Judge