THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| YOONIS AHMED, | ) | No. CV25-2718-JLR |
| Petitioner, | ) | |
| v. | ) | **(PROPOSED) ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS** |
| PAMELA BONDI, *et al.*, | ) | |
| Respondents. | ) | |

(The words "PROPOSED" are struck through.)

Petitioner Yoonis Ahmed's petition for writ of habeas corpus (Dkt. 1-1) is GRANTED. Respondents shall immediately release Petitioner from detention. <u>The court DIRECTS the clerk to send uncertified copies of this Order to all counsel of record.</u>

DATED this <u>2nd</u> day of February 2026.

_____
JAMES L. ROBART
UNITED STATES JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Yoonis Ahmed

ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS
(*Ahmed v. Bondi, et al.*, CV25-2718-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100